[No. 7421–1–I.   Division One.   May 27, 1980.]

STEVEN L. KIEFFER, ET AL, *Respondents,* v. DARRELL D.
RICCI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 145755, John E. Rutter, Jr., J.,

entered December 19, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Ringold, J.